IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CANDACE J. THOMAS, et al, | * |
| Plaintiffs, | * |
| v. | Case No. 1:18-CV-96(LAG) |
| | * |
| PHOEBE PUTNEY HEALTH SYSTEM, INC., et al, | |
| | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 6, 2019, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Dougherty County Superior Court.

This 6th day of March, 2019.

                                                     David W. Bunt, Clerk

                                                   s/ William C. Lawrence, Deputy Clerk